UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| CYRUS CASBY #18881-078,<br>Plaintiff | CIVIL DOCKET NO. 1:21-CV-00143-P |
| VERSUS | JUDGE DAVID C. JOSEPH |
| UNKNOWN NAMED AGENTS, ET AL, Defendants | MAGISTRATE JUDGE JOSEPH H.L. PEREZ-MONTES |

### J U D G M E N T

For the reasons stated in the REPORT AND RECOMMENDATION [ECF No. 22] of the Magistrate Judge previously filed herein, and after a *de novo* review of the record, including the Objection to the Report and Recommendation filed by Plaintiff [ECF No. 28], and having determined that the findings and recommendation are correct under the applicable law;

IT IS HEREBY ORDERED that the Complaint [ECF No. 11) is DENIED and DISMISSED WITH PREJUDICE under § 1915A, for failure to state a claim upon which relief can be granted.

THUS, DONE AND SIGNED in Chambers on this 10th day of June 2021.

DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE